IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WILLIAM WEAVER                                                                          PLAINTIFF

V.                                             NO.  3:07cv00016 JWC

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                          DEFENDANT

ORDER

Plaintiff has filed a motion for an extension of time (docket entry #8) in which to file

his appeal brief, stating that there is no objection to his request.  The motion is granted.

Plaintiff is granted to and including July 23, 2007, in which to file his brief or otherwise

move.

IT IS SO ORDERED this 25th day of June, 2007.

_____
UNITED STATES MAGISTRATE JUDGE