**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

WILLIAM WEAVER                                                                                            PLAINTIFF

v.                                          NO.  3:07cv00016 JWC

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                              DEFENDANT

## JUDGMENT

Judgment is hereby entered in accordance with the Court's Memorandum and Order entered this date.  This case is hereby reversed and remanded for action consistent with the Court's opinion.  This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 7th day of January, 2008.

_____
UNITED STATES MAGISTRATE JUDGE